# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM



BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

November 8, 2019

Via CM/ECF and E-mail

Hon. Analisa Torres,
　Daniel Patrick Moynihan United States Courthouse,
　　Courtroom 15D,
　　　500 Pearl St.,
　　　　New York, NY 10007-1312.

　　　　　Re:　Liqui-Box, Inc., et al. v. David S. Smith (Ireland) Unlimited Co., et al., 19-cv-7069-AT

Dear Judge Torres:

　　I write on behalf of Defendants and Counterclaim-Plaintiffs (collectively, "DS Smith") in the above-captioned matter to respectfully request the Court's authorization to file under seal DS Smith's attached Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude Certain Opinions of Molly S. Boast ("Opposition"). DS Smith's Opposition would disclose, in whole or in part, material designated by both parties as "Confidential" or "Highly Confidential" under the September 3, 2019 Stipulated Confidentiality and Protective Order (ECF No. 36) (the "Protective Order"). For such filings, the Protective Order requires the parties to file under seal first and then exchange redactions for a proposed public version of the filing shortly thereafter. (Protective Order ¶ 8(b).)

　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　/s/  Thomas C. White
　　　　　　　　　　　　　　　　　　　Thomas C. White
　　　　　　　　　　　　　　　　　　　*Counsel for Defendants and Counterclaim Plaintiffs*

GRANTED.

SO ORDERED.

Dated: November 12, 2019
　　　New York, New York

_____
ANALISA TORRES
United States District Judge