# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2019

Stefan Atkinson, P.C.
To Call Writer Directly:
+1 212 446 4803
stefan.atkinson@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

November 8, 2019

**VIA CM/ECF AND EMAIL**

The Honorable Analisa Torres
Daniel Patrick Moynihan United States Courthouse
Courtroom 15D
500 Pearl Street
New York, NY 10007-1312

        Re:    *Liqui-Box, Inc., et al. v. David S. Smith (Ireland) Unlimited Co., et al.*,
                Case No. 19-cv-7069 (AT) (S.D.N.Y.)

Dear Judge Torres:

        I write on behalf of Plaintiffs Liqui-Box, Inc. and Liqui-Box Holdings, Inc. and
Additional Counterclaim Defendant Olympus Growth Fund VI, L.P. (together, "Plaintiffs"), in
the above-captioned matter. Plaintiffs respectfully request the Court's authorization to file under
seal the attached memorandum of law in opposition to Defendants' motion to exclude expert
testimony of Kevin J. Arquit, which would disclose, in whole or in part, material designated by
the parties as "Confidential" and/or "Highly Confidential" under the September 3, 2019
Stipulated Confidentiality and Protective Order [Dkt. #36] (the "Protective Order"). For such
filings, the Protective Order requires the parties to file under seal first, and then exchange
redactions for a proposed public version of the filing shortly thereafter. (Protective Order
¶ 8(b).)

Sincerely,

GRANTED.

/s/ *Stefan Atkinson*
Stefan Atkinson, P.C.

SO ORDERED.

Dated: November 12, 2019
     New York, New York

**ANALISA TORRES**
United States District Judge

Munich   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.