# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Stefan Atkinson, P.C.
To Call Writer Directly:
+1 212 446 4803
stefan.atkinson@kirkland.com

Facsimile:
+1 212 446 4900

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2019
```

November 11, 2019

**VIA CM/ECF AND EMAIL**

The Honorable Analisa Torres
Daniel Patrick Moynihan United States Courthouse
Courtroom 15D
500 Pearl Street
New York, NY 10007-1312

Re: *Liqui-Box, Inc., et al. v. David S. Smith (Ireland) Unlimited Co., et al.*,
Case No. 19-cv-7069 (AT) (S.D.N.Y.)

Dear Judge Torres:

    I write on behalf of Plaintiffs Liqui-Box, Inc. and Liqui-Box Holdings, Inc. and Additional Counterclaim Defendant Olympus Growth Fund VI, L.P. (together, "Plaintiffs"), in the above-captioned matter. Plaintiffs respectfully request the Court's authorization to file under seal the attached letter and the exhibits thereto, which would disclose, in whole or in part, material designated by the parties as "Confidential" under the September 3, 2019 Stipulated Confidentiality and Protective Order [Dkt. #36] (the "Protective Order"). For such filings, the Protective Order requires the parties to file under seal first, and then exchange redactions for a proposed public version of the filing shortly thereafter. (Protective Order ¶ 8(b).)

Sincerely,

/s/ *Stefan Atkinson*
Stefan Atkinson, P.C.

GRANTED.

SO ORDERED.

Dated: November 12, 2019
       New York, New York

*[signature]*

ANALISA TORRES
United States District Judge

Munich   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.