USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/12/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIQUI-BOX, INC. AND LIQUI-BOX HOLDINGS, INC.,

    Plaintiffs,

v.

DAVID S. SMITH (IRELAND) UNLIMITED COMPANY, DS SMITH (UK) LIMITED, DS SMITH INTERNATIONAL LIMITED, DS SMITH (LUXEMBOURG) S.À R.L., DS SMITH PACKAGING HOLDING B.V., DAVID S. SMITH (NETHERLANDS) B.V., DS SMITH PACKAGING BELITA B.V. AND DS SMITH HOLDINGS LIMITED,

    Defendants.

DAVID S. SMITH (IRELAND) UNLIMITED COMPANY, DS SMITH (UK) LIMITED, DS SMITH INTERNATIONAL LIMITED, DS SMITH (LUXEMBOURG) S.À R.L., DS SMITH PACKAGING HOLDING B.V., DAVID S. SMITH (NETHERLANDS) B.V., DS SMITH PACKAGING BELITA B.V. AND DS SMITH HOLDINGS LIMITED,

    Counterclaim Plaintiffs,

LIQUI-BOX, INC. AND LIQUI-BOX HOLDINGS, INC.,

    Counterclaim Defendants,

-and-

OLYMPUS GROWTH FUND VI, L.P.,

    Additional Counterclaim Defendant.

19 Civ. 7069 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' letters dated November 11 and 12, 2019, it is hereby

ORDERED that the evidentiary hearing on the parties' motions for injunctive relief scheduled for November 14, 2019 is ADJOURNED to **November 26, 2019**, at **11:00 a.m.**

    SO ORDERED.

Dated: November 12, 2019
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge