# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Stefan Atkinson, P.C.
To Call Writer Directly:
+1 212 446 4803
stefan.atkinson@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2019

November 14, 2019

**VIA CM/ECF AND EMAIL**

The Honorable Analisa Torres
Daniel Patrick Moynihan United States Courthouse
Courtroom 15D
500 Pearl Street
New York, NY 10007-1312

      Re:    *Liqui-Box, Inc., et al. v. David S. Smith (Ireland) Unlimited Co., et al.*,
               Case No. 19-cv-7069 (AT) (S.D.N.Y.)

Dear Judge Torres:

      I write on behalf of Plaintiffs Liqui-Box, Inc. and Liqui-Box Holdings, Inc. and Additional Counterclaim Defendant Olympus Growth Fund VI, L.P. (together, "Plaintiffs"), in the above captioned matter. Plaintiffs respectfully request the Court's authorization to file under seal the attached reply memorandum of law in further support of their motion for reconsideration pending resolution of that motion. Plaintiffs' reply memorandum of law discusses the same document Defendants claim was inadvertently produced and is properly withheld as privileged that was attached to Plaintiffs' October 18 letter motion and Plaintiffs' motion for reconsideration. For that reason, Federal Rule of Civil Procedure 26(b)(5)(B) requires that Plaintiffs' reply memorandum of law be filed under seal until the Court reaches a decision on the matter.

                                                       Respectfully,

                                                         /s/ *Stefan Atkinson*
                                                         Stefan Atkinson, P.C.

GRANTED.

SO ORDERED.

Dated: November 15, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge

Munich   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.