# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM



New York

LOS ANGELES
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

November 15, 2019

Via CM/ECF and E-mail

Hon. Analisa Torres,
   Daniel Patrick Moynihan United States Courthouse,
      Courtroom 15D,
         500 Pearl St.,
           New York, NY 10007-1312.

        Re:  *Liqui-Box, Inc., et al.* v. *David S. Smith (Ireland) Unlimited Co.,*
            *et al.*, 19-cv-7069-AT

Dear Judge Torres:

      I write on behalf of Defendants and Counterclaim-Plaintiffs (collectively, "DS Smith") in the above-captioned matter to respectfully request the Court's authorization to file under seal DS Smith's attached Reply Memorandum of Law in Support of its Motion to Exclude Expert Testimony of Kevin J. Arquit ("Reply"). DS Smith's Reply would disclose, in whole or in part, material designated by both parties as "Confidential" or "Highly Confidential" under the September 3, 2019 Stipulated Confidentiality and Protective Order (ECF No. 36) (the "Protective Order"). For such filings, the Protective Order requires the parties to file under seal first and then exchange redactions for a proposed public version of the filing shortly thereafter. (Protective Order ¶ 8(b).)

                                            Respectfully,

                                            /s/ Thomas C. White
                                            Thomas C. White
                                            *Counsel for Defendants and*
                                            *Counterclaim-Plaintiffs*

GRANTED.

SO ORDERED.

Dated: November 18, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge