

# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022<br>United States |  |
|---|---|---|
| Stefan Atkinson, P.C.<br>To Call Writer Directly:<br>+1 212 446 4803<br>stefan.atkinson@kirkland.com | +1 212 446 4800<br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

November 19, 2019

**VIA CM/ECF AND EMAIL**

The Honorable Analisa Torres
Daniel Patrick Moynihan United States Courthouse
Courtroom 15D
500 Pearl Street
New York, NY 10007-1312

      Re: *Liqui-Box, Inc., et al. v. David S. Smith (Ireland) Unlimited Co., et al.*,
            Case No. 19-cv-7069 (AT) (S.D.N.Y.)

Dear Judge Torres:

      I write on behalf of Plaintiffs Liqui-Box, Inc. and Liqui-Box Holdings, Inc. and Additional Counterclaim Defendant Olympus Growth Fund VI, L.P. (together, "Plaintiffs"), in the above captioned matter. Plaintiffs respectfully request the Court's authorization to file under seal the attached letter requesting permission to dismiss voluntarily Plaintiffs' claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a), which would disclose, in whole or in part, material designated by the parties as "Confidential" and/or "Highly Confidential" under the September 3, 2019 Stipulated Confidentiality and Protective Order [Dkt. #36] (the "Protective Order"). For such filings, the Protective Order requires the parties to file under seal first, and then exchange redactions for a proposed public version of the filing shortly thereafter. (Protective Order ¶ 8(b).)

Respectfully,

GRANTED.

SO ORDERED.

/s/ *Stefan Atkinson*
Stefan Atkinson, P.C.

Dated: November 20, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge

Munich    Palo Alto    Paris    San Francisco    Shanghai    Washington, D.C.