UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIQUI-BOX, INC. AND LIQUI-BOX HOLDINGS, INC.,

    Plaintiffs,

v.

DAVID S. SMITH (IRELAND) UNLIMITED COMPANY, DS SMITH (UK) LIMITED, DS SMITH INTERNATIONAL LIMITED, DS SMITH (LUXEMBOURG) S.À R.L., DS SMITH PACKAGING HOLDING B.V., DAVID S. SMITH (NETHERLANDS) B.V., DS SMITH PACKAGING BELITA B.V. AND DS SMITH HOLDINGS LIMITED,

    Defendants.

DAVID S. SMITH (IRELAND) UNLIMITED COMPANY, DS SMITH (UK) LIMITED, DS SMITH INTERNATIONAL LIMITED, DS SMITH (LUXEMBOURG) S.À R.L., DS SMITH PACKAGING HOLDING B.V., DAVID S. SMITH (NETHERLANDS) B.V., DS SMITH PACKAGING BELITA B.V. AND DS SMITH HOLDINGS LIMITED,

    Counterclaim Plaintiffs,

LIQUI-BOX, INC. AND LIQUI-BOX HOLDINGS, INC.,

    Counterclaim Defendants,

-and-

OLYMPUS GROWTH FUND VI, L.P.,

    Additional Counterclaim Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2019

19 Civ. 7069 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The evidentiary hearing on the parties' motions for injunctive relief scheduled for November 26, 2019 is ADJOURNED to **December 19, 2019**, at **11:00 a.m.**

    SO ORDERED.

Dated: November 21, 2019
       New York, New York

ANALISA TORRES
United States District Judge