# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

Stefan Atkinson, P.C.
To Call Writer Directly:
+1 212 446 4803
stefan.atkinson@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/2019

November 21, 2019

**VIA CM/ECF AND EMAIL**

The Honorable Analisa Torres
Daniel Patrick Moynihan United States Courthouse
Courtroom 15D
500 Pearl Street
New York, NY 10007-1312

Re: *Liqui-Box, Inc., et al. v. David S. Smith (Ireland) Unlimited Co., et al.*,
Case No. 19-cv-7069 (AT) (S.D.N.Y.)

Dear Judge Torres:

      I write on behalf of Plaintiffs Liqui-Box, Inc. and Liqui-Box Holdings, Inc. and Additional Counterclaim Defendant Olympus Growth Fund VI, L.P. (together, "Plaintiffs"), in the above captioned matter. Plaintiffs respectfully request the Court's authorization to file under seal the attached letter response to Defendants' November 20, 2019 letter, which would disclose, in whole or in part, material designated by the parties as "Confidential" under the September 3, 2019 Stipulated Confidentiality and Protective Order [Dkt. #36] (the "Protective Order"). For such filings, the Protective Order requires the parties to file under seal first, and then exchange redactions for a proposed public version of the filing shortly thereafter. (Protective Order ¶ 8(b).) Moreover, Plaintiffs' letter quotes portions of Defendants' November 20, 2019 letter, which is currently filed under seal in full.

Respectfully,

/s/ *Stefan Atkinson*
Stefan Atkinson, P.C.

GRANTED.

SO ORDERED.

Dated: November 22, 2019
      New York, New York

_____
ANALISA TORRES
United States District Judge

Munich   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.