USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2019

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Stefan Atkinson, P.C.
To Call Writer Directly:
+1 212 446 4803
stefan.atkinson@kirkland.com

Facsimile:
+1 212 446 4900

December 11, 2019

**VIA CM/ECF AND EMAIL**

The Honorable Analisa Torres
Daniel Patrick Moynihan United States Courthouse
Courtroom 15D
500 Pearl Street
New York, NY 10007-1312

      Re:   *Liqui-Box, Inc., et al. v. David S. Smith (Ireland) Unlimited Co., et al.*,
            Case No. 19-cv-7069 (AT) (S.D.N.Y.)

Dear Judge Torres:

      I write on behalf of Plaintiffs Liqui-Box, Inc. and Liqui-Box Holdings, Inc. and Additional Counterclaim Defendant Olympus Growth Fund VI, L.P. (together, "Plaintiffs"), in the above captioned matter. Plaintiffs respectfully request the Court's authorization to file under seal the attached joint letter requesting an adjournment of the evidentiary hearing scheduled for December 19, 2019 at 11:00 a.m., which would disclose, in whole or in part, material designated by the parties as "Confidential" and/or "Highly Confidential" under the September 3, 2019 Stipulated Confidentiality and Protective Order [Dkt. #36] (the "Protective Order"). For such filings, the Protective Order requires the parties to file under seal first, and then exchange redactions for a proposed public version of the filing shortly thereafter. (Protective Order ¶ 8(b).)

      Respectfully,

      /s/ *Stefan Atkinson*
      Stefan Atkinson, P.C.

Attachments

cc:   Counsel of Record (via CM/ECF and email)

GRANTED.

SO ORDERED.

Dated: December 12, 2019
       New York, New York

ANALISA TORRES
United States District Judge