USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/12/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIQUI-BOX, INC. AND LIQUI-BOX HOLDINGS, INC.,

　　　　　Plaintiffs,

v.

DAVID S. SMITH (IRELAND) UNLIMITED COMPANY, DS SMITH (UK) LIMITED, DS SMITH INTERNATIONAL LIMITED, DS SMITH (LUXEMBOURG) S.À R.L., DS SMITH PACKAGING HOLDING B.V., DAVID S. SMITH (NETHERLANDS) B.V., DS SMITH PACKAGING BELITA B.V. AND DS SMITH HOLDINGS LIMITED,

　　　　　Defendants.

DAVID S. SMITH (IRELAND) UNLIMITED COMPANY, DS SMITH (UK) LIMITED, DS SMITH INTERNATIONAL LIMITED, DS SMITH (LUXEMBOURG) S.À R.L., DS SMITH PACKAGING HOLDING B.V., DAVID S. SMITH (NETHERLANDS) B.V., DS SMITH PACKAGING BELITA B.V. AND DS SMITH HOLDINGS LIMITED,

　　　　　Counterclaim Plaintiffs,

LIQUI-BOX, INC. AND LIQUI-BOX HOLDINGS, INC.,

　　　　　Counterclaim Defendants,

　　　　　-and-

OLYMPUS GROWTH FUND VI, L.P.,

　　　　　Additional Counterclaim Defendant.

19 Civ. 7069 (AT)

**ORDER**

ANALISA TORRES, District Judge:

　　Having reviewed the parties' joint letter dated December 11, 2019, it is hereby

ORDERED that the evidentiary hearing scheduled for December 19, 2019 is ADJOURNED to **January 22, 2020**, at **11:00 a.m.**

    SO ORDERED.

Dated: December 12, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge