# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM



LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

December 20, 2019

Via CM/ECF and E-mail

Hon. Analisa Torres,
    Daniel Patrick Moynihan United States Courthouse,
        Courtroom 15D,
            500 Pearl St.,
                New York, NY 10007-1312.

           Re:    *Liqui-Box, Inc., et al.* v. *David S. Smith (Ireland) Unlimited Co., et al.*, 19-cv-7069-AT

Dear Judge Torres:

        I write on behalf of Defendants and Counterclaim Plaintiffs (collectively, "DS Smith") in the above-captioned matter to respectfully request the Court's authorization to file under seal the parties' joint letter in response to the Court's December 12, 2019 Order (the "Letter"). The Letter would disclose, in whole or in part, material designated by both parties as "Confidential" or "Highly Confidential" under the September 3, 2019 Stipulated Confidentiality and Protective Order (ECF No. 36) (the "Protective Order"). For such filings, the Protective Order requires the parties to file under seal first and then exchange redactions for a proposed public version of the filing shortly thereafter. (Protective Order ¶ 8(b).)

                                        Respectfully,

                                        */s/ Thomas C. White*
                                        Thomas C. White
                                        *Counsel for Defendants and*
                                        *Counterclaim Plaintiffs*

cc:    Counsel of record (via CM/ECF and e-mail)    GRANTED.

                                          SO ORDERED.

                                        Dated: December 20, 2019
                                            New York, New York

                                              **ANALISA TORRES**
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2019
*New*