USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/8/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID S. SMITH (IRELAND) UNLIMITED COMPANY, DS SMITH (UK) LIMITED, DS SMITH INTERNATIONAL LIMITED, DS SMITH (LUXEMBOURG) S.À R.L., DS SMITH PACKAGING HOLDING B.V., DAVID S. SMITH (NETHERLANDS) B.V., DS SMITH PACKAGING BELITA B.V. AND DS SMITH HOLDINGS LIMITED,

Counterclaim Plaintiffs,

LIQUI-BOX, INC. AND LIQUI-BOX HOLDINGS, INC.,

Counterclaim Defendants,

-and-

OLYMPUS GROWTH FUND VI, L.P.,

Additional Counterclaim Defendant.

19 Civ. 7069 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' proposed redactions to submissions filed under seal, it is hereby ORDERED that by **January 17, 2020**, the parties shall file their submissions with redactions to the public docket.

Additionally, on December 12, 2019, in an order filed under seal, the Court dismissed, without prejudice, the claims brought by Liqui-Box, Inc. and Liqui-Box Holdings, Inc. (together, "Liqui-Box") against David S. Smith (Ireland) Unlimited Company, DS Smith (UK) Limited, DS Smith International Limited, DS Smith (Luxembourg) S.À R.L., DS Smith Packaging Holdings B.V., David S. Smith (Netherlands) B.V., DS Smith Packaging Belita B.V., and DS Smith Holdings Limited (together, "DS Smith").

Accordingly, the Clerk of Court is directed to terminate Liqui-Box as Plaintiffs and terminate D.S. Smith as Defendants. DS Smith's claims against Liqui-Box and additional counterclaim Defendant Olympus Growth Fund VI, L.P., however, remain.

SO ORDERED.

Dated: January 8, 2020
    New York, New York

_____
ANALISA TORRES
United States District Judge