# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Stefan Atkinson, P.C.
To Call Writer Directly:
+1 212 446 4803
stefan.atkinson@kirkland.com

+1 212 446 4900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/16/2020

January 15, 2020

**VIA CM/ECF AND EMAIL**

The Honorable Analisa Torres
Daniel Patrick Moynihan United States Courthouse
Courtroom 15D
500 Pearl Street
New York, NY 10007-1312

      Re: *Liqui-Box, Inc., et al. v. David S. Smith (Ireland) Unlimited Co., et al.*,
           Case No. 19-cv-7069 (AT) (S.D.N.Y.)

Dear Judge Torres:

      I write on behalf of Counterclaim Defendants Liqui-Box, Inc. and Liqui-Box Holdings, Inc., and Olympus Growth Fund VI, L.P. (together, "Counterclaim Defendants"), in the above captioned matter. Counterclaim Defendants respectfully request the Court's authorization to file under seal the attached joint status letter regarding the progress of regulatory approval and the anticipated scope of the evidentiary hearing and requesting an adjournment of the evidentiary hearing to the week of February 17, 2020, which would disclose, in whole or in part, material designated by the parties as "Confidential" and/or "Highly Confidential" under the September 3, 2019 Stipulated Confidentiality and Protective Order [Dkt. #36] (the "Protective Order"). For such filings, the Protective Order requires the parties to file under seal first, and then exchange redactions for a proposed public version of the filing shortly thereafter. (Protective Order ¶ 8(b).)

Respectfully,

/s/ *Stefan Atkinson*
Stefan Atkinson, P.C.

GRANTED.

SO ORDERED.

Dated: January 16, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge

Munich   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.