USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/16/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID S. SMITH (IRELAND) UNLIMITED COMPANY, DS SMITH (UK) LIMITED, DS SMITH INTERNATIONAL LIMITED, DS SMITH (LUXEMBOURG) S.À R.L., DS SMITH PACKAGING HOLDING B.V., DAVID S. SMITH (NETHERLANDS) B.V., DS SMITH PACKAGING BELITA B.V., and DS SMITH HOLDINGS LIMITED,

    Counterclaim Plaintiffs,

LIQUI-BOX, INC. and LIQUI-BOX HOLDINGS, INC.,

    Counterclaim Defendants,

-and-

OLYMPUS GROWTH FUND VI, L.P.,

    Additional Counterclaim Defendant.

19 Civ. 7069 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' joint letter filed under seal dated January 15, 2020, it is hereby ORDERED that:

1. The evidentiary hearing scheduled for January 22, 2020 is ADJOURNED to **February 20, 2020**, at **11:00 a.m.**

2. By **February 12, 2020**, the parties shall file a status letter apprising the Court of the progress of regulatory approval and the anticipated scope of hearing.

SO ORDERED.

Dated: January 16, 2020
       New York, New York

ANALISA TORRES
United States District Judge