# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM



BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 12, 2020

Via CM/ECF and E-mail

Hon. Analisa Torres,
   Daniel Patrick Moynihan United States Courthouse,
      Courtroom 15D,
         500 Pearl St.,
           New York, NY 10007-1312.

        Re:   *Liqui-Box, Inc., et al.* v. *David S. Smith (Ireland) Unlimited Co., et al.*, 19-cv-7069-AT

Dear Judge Torres:

    I write on behalf of Counterclaim Plaintiffs (collectively, "DS Smith") in the above-captioned matter to respectfully request the Court's authorization to file a redacted copy of the parties' joint letter in response to the Court's January 16, 2020 Order (the "Letter"). The Letter would disclose, in whole or in part, material designated by both parties as "Confidential" or "Highly Confidential" under the September 3, 2019 Stipulated Confidentiality and Protective Order (ECF No. 36).

                                        Respectfully,

                                        /s/ *Thomas C. White*
                                        Thomas C. White
                                        *Counsel for*
                                        *Counterclaim Plaintiffs*

cc:    Counsel of record (via CM/ECF and e-mail)

                           GRANTED.

                           SO ORDERED.

                         Dated: February 12, 2020
                              New York, New York

                           ANALISA TORRES
                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2020