# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM



LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 14, 2020

Via CM/ECF and E-mail

Hon. Analisa Torres,
   Daniel Patrick Moynihan United States Courthouse,
      Courtroom 15D,
         500 Pearl St.,
           New York, NY 10007-1312.

        Re:   *Liqui-Box, Inc., et al.* v. *David S. Smith (Ireland) Unlimited Co., et al.*, 19-cv-7069-AT

Dear Judge Torres:

       I write on behalf of Counterclaim Plaintiffs (collectively, "DS Smith") in the above-captioned matter to respectfully request the Court's authorization to file a redacted copy of the parties' joint letter in response to the Court's February 13, 2020 Order (the "Letter"). The Letter would disclose, in whole or in part, material designated by both parties as "Confidential" or "Highly Confidential" under the September 3, 2019 Stipulated Confidentiality and Protective Order (ECF No. 36).

                                              Respectfully,

                                              /s/ *Thomas C. White*
                                              Thomas C. White
                                              *Counsel for*
                                              *Counterclaim Plaintiffs*

cc:    Counsel of record (via CM/ECF and e-mail)

                                GRANTED.

                                SO ORDERED.

                                Dated: February 18, 2020
                                     New York, New York

                                ANALISA TORRES
                               United States District Judge