USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/2/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID S. SMITH (IRELAND) UNLIMITED COMPANY, DS SMITH (UK) LIMITED, DS SMITH INTERNATIONAL LIMITED, DS SMITH (LUXEMBOURG) S.À R.L., DS SMITH PACKAGING HOLDING B.V., DAVID S. SMITH (NETHERLANDS) B.V., DS SMITH PACKAGING BELITA B.V., and DS SMITH HOLDINGS LIMITED,

    Counterclaim Plaintiffs,

LIQUI-BOX, INC. and LIQUI-BOX HOLDINGS, INC.,

    Counterclaim Defendants,

-and-

OLYMPUS GROWTH FUND VI, L.P.,

    Additional Counterclaim Defendant.

19 Civ. 7069 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that, by **July 9, 2020**, any parties remaining in the litigation shall submit a status letter stating whether the case may be closed, or otherwise file stipulated dismissals with respect to any remaining claims.

    SO ORDERED.

Dated: July 2, 2020
      New York, New York

ANALISA TORRES
United States District Judge