**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2020

Sandra Goldstein, P.C.
To Call Writer Directly:
+1 212 446 4779
sandra.goldstein@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

July 7, 2020

**VIA CM/ECF**

The Honorable Analisa Torres
Daniel Patrick Moynihan United States Courthouse
Courtroom 15D
500 Pearl Street
New York, NY  10007-1312

Re:   *David S. Smith (Ireland) Unlimited Co., et al. v. Liqui-Box, Inc., et al.*,
No. 19 Civ. 7069 (AT) (S.D.N.Y.)

Dear Judge Torres:

I write on behalf of both parties in the above-captioned litigation in response to the Court's July 2, 2020 Order directing the parties to submit a status letter stating whether this case may be closed. (Dkt. #205.)

The parties agree that this case may be closed. On November 19, 2019, Liqui-Box, Inc. and Liqui-Box Holdings, Inc. (together, "Liqui-Box") moved to dismiss voluntarily Liqui-Box's claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). On December 12, 2019, the Court granted Liqui-Box's motion and dismissed Liqui-Box's claims without prejudice in an order filed under seal. (*See* Dkt. #157.) On March 18, 2020, the parties filed a stipulation of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) dismissing the remaining counterclaims against Liqui-Box and Additional Counterclaim Defendant Olympus Growth Fund VI, L.P. without prejudice. (Dkt. #204.) Following these voluntary dismissals, there are no remaining claims in this action.

Sincerely,

/s/ *Sandra Goldstein*
Sandra Goldstein

The Clerk of Court is directed to terminate the motions at ECF Nos. 162, 164, 166, 174, 179, and 182, and close the case.

SO ORDERED.

Dated: July 7, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge